UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCK DECAZE,

                Plaintiff,

-against-

D&D TRANSPORTATION and
CHARLES EPPS,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
01-CV-6543 (DLI)

A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 30, 2005, granting defendants' motion for summary judgment; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that the plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
       October 04, 2005

                                                          ROBERT C. HEINEMANN
                                                           Clerk of Court